IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **No. 1:12-cr-00006-19** |
| **v.** : | |
| : | **(Judge Kane)** |
| **CARLOS TORRES,** : | |
|     **Defendant** : | |

## ORDER

**AND NOW**, on this 2nd day of June 2014, **IT IS HEREBY ORDERED THAT**

Defendant's motion to sever his trial from that of his co-Defendants (Doc. No. 516) is **DENIED**.

 

                                                          s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania